FILED

2021 MAY 21  PM 4:

**In this court of record at the United States District Court Middle District of Florida**

**Terrell Latrey Capers; just a man**
      **Plaintiff/ affiant**

CLERK, US DISTRICT
FLORIDA

Docket Number . 8:21 CV 1241 SDM-JSS

**and**

**State of Florida et al; Robin Fernandez Fuson; in his individual capacity**
**Wesley Tibbals; in his individual capacity, Stephanie Nunes Xavier; in her individual**
**Capacity**
      **Defendant**

### [Complaint]-Verified Claim by Affidavit

**DIRECTIONS TO THE CLERK: This case is to be set for hearing and a Trial by Jury is demanded . The people are to be assembled under constitutional law of America, as a jury of 12 of my peers are required to judge this case. No fee shall be charged to the plaintiff for bringing claim against the defendants for a redress of grievances protected by the common law and the right of the people as no statutory provisions shall govern this case. The plaintiff/ Affiant is the private party and not a Citizen of the United States, bringing verified claim of suit against the defendants. All assumed qualified and or sovereign immunity claimed by the defendants are officially rebutted. All administrative orders previously issued by any Tribunal and or agency/agencies in/for the State of Florida against TERRELL LATREY CAPERS are null and void as any assumed jurisdiction is waived forevermore over TERRELL LATREY CAPERS and family until this affidavit is rebutted by oath or affirmation from a man or woman sworn under penalty of perjury. If for any reason this case is denied by any person, attorney or officer other than a jury of my peers to redress the grievances herein, that action is null and void and this case is to be immediately removed from the federal district to the Supreme Court of The United States of America to be heard expeditiously as this is a matter of life and death.**

Notice:
1.) Comes now Capers, Terrell Latrey , in his capacity Sui Juris De jure, one of the people, within his laws not conflicting with the law of the land of the American nation.
2.) Venue-Federal Court: " Federal Court", is a court of record; ( 25 C.J. Vol, Federal Court s.s. 344 pg. 974.)
3.) In a court of record- In a " court of record" , the magistrate is independent of the tribunal; ( Blacks Law Dictionary, 4th Ed. pg. 1014.)
4.) A court of record- a " court of record ": acts in accordance with the common law. ( Blacks Law Dictionary, 4th Ed. pg. 1014.)
5.) The jury can take upon themselves and determine at their own hazard, the questions of fact and law; [cf Littleton § 386; Bl. Comm. § 378];
6.) i, say here, and will verify in open court, that all herein be true

Comes now Affiant, Capers , Terrell Latrey, one of the people, Sui Juris, De Jure, in this court of record, for Judicial review, making the following claims, so that all public officials and private actors may provide due care:

I, demand for the immediate restoration of my rights in which was unlawfully taken and trespassed upon by defendants under color of law and restitution in the sum of $1,000,000.00 in lawful tender for cause::

1. **I, nor my family are  United States Citizens nor is the property claimed by I subject thereof. ( *see Exhibit A*)**
2. **No jurisdiction can nor could  be established by the defendants nor the State of Florida over I nor property controlled by I including Family, the rights of family and TERRELL LATREY CAPERS. .**
3. **Any further proceedings by a tribunal or the State of Florida against I or family is null and void and subject to a $100,000 fee;  forevermore recognized and accepted by the Supreme Court of Florida.(*See exhibit B*)**
4. **The defendants have the duty to respond to affidavits by the aggrieved and address grievances caused by the defendants, yet,  since august 10th 2020 the defendants have failed to respond to every notice and affidavit given to them thus are in agreement to be sued for damages and the State of Florida subject to pay I $1,000,000.00 due immediately for trespass, fraud and robbery as noticed.**
5. **The State of Florida is a corporation and de facto party with no power to initiate a claim against I. The State of Florida DUNS#: 004078374**
6. **I am not an employee of such entity nor could any jurisdiction be established over I or property controlled by I.**
7. **The defendants had since April 23rd 2021 to cure yet have willfully failed to do so or even address the matter. No corporation can interfere with the  private  whether corporation is a government instrument or not, it's de facto and fictitious in nature and can only govern those consenting to it.(*See exhibit C*)**
8. **Please see  notice by affidavit attached as prima facia evidence agreed by both parties.**
9. **This matter is not Domestic nor has any statutory elements that require statutory oversight. This case is at law, Constitutional and is in no way to be misconstrued to appear as domestic relations or a matter of child custody. Any person who assumes such and causes controversy by negligence is trespassing on the rights of the people and will be held liable immediately.**

**I, assert all rights and waive non at all times forevermore.**

Verification

I hereby declare, certify and affirm, pursuant to the penalties of perjury under the laws of the American nation that all the above and foregoing representations are true and correct to the best of my knowledge, information and belief.

Execute ~~Sun City, Hillsbough~~Florida , this 21st day of May in the Year of
     (City, County)
Our Lord Two Thousand and Twenty-One.

_____
Without the United States
(Terrell Latrey Capers)

2

Notary as JURAT CERTIFICATE

*Florida* [State] }

*Hillsborough* [County]      }

On this *21* day of May, 2021 before me,

*Case Callahan* , a Notary Public, personally appeared
   (Notary Public name)

*Terrell Latrey Capers* who proved to me based on-satisfactory evidence to
be the man whose name is subscribed to the within instrument and verified to
me that he executed the same in his authorized capacity, one of the people, Sui
Juris De jure, Lawful father of Jevaeh Xavier and by rightful claim of possession
above all others in society and that by his autograph(s) on the instrument
the man executed, the instrument and all claims and rights asserted or not by
him stands as truth forevermore and Jevaeh Xavier is to be restored to him
immediately. State and federal enforcement are to locate anyone in possession of
Jevaeh Xavier, Seize and return her immediately, Without delay to her lawful
father Terrell Latrey Capers .

I certify under PENALTY OF PERJURY under the lawful laws of Florida  State  that
the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature of Notary/Jurat

Seal



CASE A CALLAHAN
Notary Public-State of Florida
Commission # HH 111312
My Commission Expires
March 29, 2025

3

Exhibit A



# Supreme Court of Florida

Office of the Clerk
500 South Duval Street
Tallahassee, Florida 32399-1927

JOHN A. TOMASINO
CLERK
MARK CLAYTON
CHIEF DEPUTY CLERK
JULIA BREEDING
STAFF ATTORNEY

PHONE NUMBER: (850) 488-0125
www.floridasupremecourt.org

April 12, 2021

RE:  T.L.C., ETC.        vs.    S.N.X.

CASE NUMBER: SC21-469
Lower Tribunal Case Number(s): 2D21-820;
292019DR013472A001HC

The Florida Supreme Court has received the following document
reflecting a filing date of 4/12/2021.

Notice

In response to the above notice, please be advised that the above
case is final in this Court and no further pleadings may be filed.

The Florida Supreme Court's case number must be utilized on all
pleadings and correspondence filed in this cause.

db
cc:
T.L.C.
S.N.X.

Exhibit A

Filing # 124723040 E-Filed 04/12/2021 11:28:41 AM

| | |
|---|---|
| 1 | Terrell Latrey Capers on behalf of Jevaeh Xavier |
| | In care of 6337 35th ave cir e |
| 2 | Palmetto, Florida |
| | 239-834-8864 |
| 3 | Terrellcapers91@gmail.com |

Case No. SC21-469

**SUPREME COURT OF FLORIDA**

TERRELL LATREY CAPERS ON BEHALF OF

J.X,

         Petitioner,

vs.

STEPHANIE NUNES XAVIER

         Respondent

**NOTICE: TO THE SUPREME COURT OF FLORIDA, ITS OFFICERS AND REPRESENTATIVES**

**NOTICE**

**Terrell Latrey Capers** in his capacity; Sui Juris, on behalf J.X. **(hereinafter "Petitioner")** hereby respectfully files this notice of errata with this Supreme Court of Florida , being duly sworn under penalty of perjury declares the following to be truth:

1. Petitioner filed an affidavit of notice of errata on April 12th 2021, notifying this Court of its err and constitutional violations, misinterpretation of it's justification of denial of habeas corpus, injury, harm and damages of said denial and the deprivation of rights under color of law. The petitioner also noticed this Court in affidavit form of all said above including breach of trust. This Court, on its own, without authority treated the affidavit of notice of errata as a " motion for rehearing" when the petitioner has never had a hearing on any issue mentioned in the affidavit nor was the affidavit captioned, asking for a rehearing. This Court along with its lower tribunals in which it has appellate Jurisdiction over maliciously failed to consider the rightful merits of said petition and denied the petitioner the right of redress, due process and is unlawfully upholding a void order detaining the father; terrell latrey capers, daughter and has failed to

IN RE: RESTORATION OF MINOR CHILD J.X. TO LAWFUL FATHERPETITION FOR WRIT OF HABEAS CORPUS - 1

Exhibit A

1   render lawful justification of the fact. This Court waives any assumed jurisdiction of Terrell Latrey Capers,

2   Jevaeh Xavier and family thereof forevermore as this Court, officers of this Court prove it is incompetent

3   of interpreting the law of the land and failure to acknowledge the Supreme law of the land, the rights of the

4   people thereof. This is an act of treason. This Court is now noticed that for everyday since the unlawful

5   seizure and detention of the petitioner, this State of Florida and officers thereof, all who participated in the

6   unlawful doing are subject to liability for damages in the amount of $100,000 each day from August 10th

7   2019- the day Jevaeh Xavier is returned to her father; Terrell Latrey Capers. This Supreme Court of Florida

8   and its officers involved have accepted liability.

9

10

11

12   Terrell Latrey Capers

13   On behalf of Jevaeh Xavier

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   IN RE: RESTORATION OF MINOR CHILD J.X. TO LAWFUL FATHERPETITION FOR WRIT OF HABEAS
     CORPUS - 2

Filing # 125781877 E-Filed 04/28/2021 03:11:32 PM

 Exhibit A

[ IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
FAMILY-DIVISION]

Terrell Latrey Capers on behalf of
J.X,

     Petitioner,                        **CASE NO.:20-DR-009074**

and                                  **DIVISION:**

**STEPHANIE XAVIER,**
     **Respondent**

**Notice by Affidavit of non response: Demand for change of venue**

Comes now Affiant, Terrell Latrey Capers one of the people, Sui Juris, De Jure, in this court of record, making the following claims, so that all public officials and private actors may provide due care:

This case is to be removed to United States District Court Middle District of Florida pursuant to 28 U.S. Code ss1446(a). This tribunal has failed to establish subject matter and personal jurisdiction over the parties and acted without consent nor authority over the petitioner and his family Those named in Notice by Affidavit sent on April 20th, 2021 are defendants and the petitioner seeks nonmonetary relief but reserves all rights and waives non, defendants are foreign states and instrumentality of a foreign state including this tribunal. The BAR association is a private organization and there's no legislative act nor congressional authority that created it nor gave attorneys, lawyers nor it's members thereof the authority to oversee a court of law.

1. **The State of Florida of Judiciary Courts dba: Thirteenth Judicial Circuit, Circuit Court of the Thirteenth Judicial Circuit, State of Florida, County of Hillsborough dba: Management Svcs, Office of** and those named individually; agents/contractors/employees/principals thereof have failed to respond to the claims asserted in **Notice by Affidavit of Nefarious Acts through use of BAR members and Associations and Federal Program Fraud**, sent via certified mail dated April 20th,2021.
2. Robin F. Fuson along with those specifically named in said Notice by Affidavit has agreed by acquiescence to all the claims made including the acts of Kidnapping, Treason, Robbery and Trespass.
3. This administrative tribunal continues to claim Jurisdiction over Jevaeh Xavier without authority and pursue Federal Program Fraud by allowing agencies to have standing in paternity actions willfully.
4. all contracts with this tribunal and State of Florida are hereby officially rescinded relieving Terrell Latrey Capers, Jevaeh Xavier and family from any and all judgements, orders or the like thereof and the possession of Jevaeh Xavier is hereby restored to Terrell latrey Capers; the lawful father.
5. The registered Birth Certificate of JEVAEH XAVIER and TERRELL LATREY CAPERS belonging to the State of Florida is hereby null and void as it was induced by way of fraud and deceit.
6. This does not invalidate the certificate of live birth, United states of America Nationality nor standing as the people.

1

Verification

I hereby declare, certify and state, pursuant to the penalties of perjury under the laws of the United States of America, and by the provisions of 28 USC § 1746 that all of the above and foregoing representations are true and correct to the best of my knowledge, information and belief.

Execute _Bradenton, manatee_, Florida this _28th_ day of April in the Year of Our
      (City, County)
Lord Two Thousand and Twenty One .

_____
Terrell Latrey Capers

Notary as JURAT CERTIFICATE

_Florida_____ State          }

_Manatee_____ County       }

On this _28_ day of April , 2021 before me,

_Miki Patel_____, a Notary Public, personally appeared
(Notary Public name)

_Terrall Latrey Capers_, who proved to me on the basis of satisfactory evidence to
(Affiant Name)
be the man whose name is subscribed to the within instrument and verified to me that he executed the same in his authorized capacity, the people, lawful father of Jevaeh Xavier, and that by his autograph(s) on the instrument the man executed, the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of Florida State and that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature of Notary / Jurat _____MJ Patel_____.  seal

MIKI JAYESH PATEL
Notary Public - State of Florida
Commission # HH 097971
My Comm. Expires Feb 15, 2025
Bonded through National Notary Assn.

2

Filing # 125790767 E-Filed 04/28/2021 04:04:10 PM

[ IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
FAMILY-DIVISION]

Terrell Latrey Capers on behalf of
J.X,

      Petitioner,                         CASE NO.:20-DR-009074

and                                 DIVISION:

STEPHANIE XAVIER,
      Respondent

Notice by Affidavit of non-response: Demand for immediate recusal

Comes now Affiant, _Terrel Latrey Capers_, one of the people, Sui Juris, De Jure, in this court of record, making the following claims, so that all public officials and private actors may provide due care:

I, demand for Circuit Court Judge Wesley D. Tibbals immediate recusal for cause:

1.  Failure to establish subject matter jurisdiction and personal jurisdiction nor present delegation of authority to the parties.
2.  all administrative orders from Wesley D. Tibbals are hereby null and void.
3.  For Wesley D. Tibbals to sustain and remain on this case would be willful intent to defraud and obstruction of justice.

## Verification

I hereby declare, certify and state, pursuant to the penalties of perjury under the laws of the United States of America, and by the provisions of 28 USC § 1746 that all of the above and foregoing representations are true and correct to the best of my knowledge, information and belief.

Execute _Bradenton, manatee_ , Florida this _28th_ day of April in the Year of Our
          (City, County)
Lord Two Thousand and Twenty One .

_____
            Terrell Latrey Capers

## Notary as JURAT CERTIFICATE

_Florida_ State                    }

_Manatee_ County                   }

On this _28_ day of April , 2021 before me,

_Miki Patel_ , a Notary Public, personally appeared
   (Notary Public name)

_Terrall Latrey Capers_, who proved to me on the basis of satisfactory evidence to
      (Affiant Name)
be the man whose name is subscribed to the within instrument and verified to
me that he executed the same in his authorized capacity, the people, lawful father of
Jevaeh Xavier, and that by his autograph(s) on the instrument the man executed, the
instrument.

I certify under PENALTY OF PERJURY under the lawful laws of Florida State and that
the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature of Notary / Jurat _____MJ Patel_____ .       seal



2



Exhibit B

## Notice by Affidavit of Nefarious Acts through use of BAR members and Associations and Federal Program Fraud

Comes now Affiant, _Terrell Lutrey Capers_ , one of the people, Sui Juris, in this court of record, making the following claims, so that all public officials and private actors may provide due care:

1. In the several states, the constitutions show that all political power is inherent in the people, yet, private courts are being used, with BAR attorney's present to take children, money and other property from the people without due process of law or a jury of peers. Please see the following various state Declaration or Bills of Rights.

2. As Judge Robin Fuson stated and Supreme Court of Florida upheld in _Capers vs. Xavier case#19-DR-013472, Thirteenth judicial circuit court in and for Hillsborough County, Florida,_ that **No entity has standing in a paternity action.**which includes the **(DOR)** Department of Revenue nor their agencies or any agency, entity in any State nor is Title 42, The Public Health and Welfare, positive law yet the enforcement of this fraud against the people occurs daily in this and other States.

3. The State of Florida of Judiciary Courts address is 1800 E Twiggs St Room 605 Tampa, Florida 33602 United States and is doing business as Thirteenth Judicial Circuit; its key principal is Angela Smith. D-U-N-S number: **824774694.**

4. Circuit Court of the Thirteenth Judicial Circuit address is 401 N Jefferson St Tampa, FL, 33602-5003 United States. Circuit Court of the Thirteenth Judicial Circuit functions as independent. D-U-N-S number: **082841030.**

5. State of Florida address is 400 S Monroe St Tallahassee, FL, 32399-6536 United States. It's key principals are Ron DeSantis, JEANETTE M NUNEZ, A Nilson, A Vazquez. D-U-N-S number: **004078374.**

6. County of Hillsborough address is 601 Kennedy Blvd FL 26 Tampa, FL, 33602-4932 United States and is doing business as Management Svcs, Office of. It's key principal is Eric Johnson. D-U-N-S number: **093819776.**

7. These entities, employees and subsidiaries, contractors acting as public officials and private actors, are knowingly committing frauds upon the people while acting as constitutional functionaries of the judicial branch of the United States of America. They appear to be judicial and even put judicial in the business name, yet act in administrative capacities with the appearance of law and no authority over the people.

8. Judge Robin F. Fuson is in violation of the Administrative Procedure Act of 1946.

9. Judge Robin F. Fuson is aware that no entity has standing in a paternity action.

10. Jevaeh Xavier is my daughter; my seed, of my flesh and blood, a blessing to I from my Creator and no other man, woman, nor public official, public actor, corporate nor any entity shall nor will make any claims of jurisdiction, dominion, or any controlling faction over her, I, Our Family and is prohibited from doing so forevermore. If any does so in any manner, they/you are to compensate I for trespass in the sum of $1,000,000.00 due immediately.

11. I; man, have now given notice by affidavit to said entities and their principals of the wrong, damage, injury and harm caused by their subordinates and opportunity to cure by demanding that my daughter Jevaeh Xavier is returned to me immediately as she was seized unlawfully by the contractors and employees of said entities in the government sector. Circuit Court Judge Robin F. Fuson acted outside of his oath to support, protect, and defend the Constitution and Government of the United States and the State of Florida, when he issued an unlawful order to seize and detain my daughter from my private home, by way of force, instructing armed men to trespass on property without authority nor jurisdiction after being noticed.

12. Robin F. Fuson, upheld by Wesley Tibbals, placed my life, my daughter's life and my family's life in danger and has caused great harm and damage. My daughter has been missing since August 11th 2020 which has caused undue stress, loss of liberty, freedom, life, wages, happiness and most importantly time. I Order that Robin F. Fuson is removed from office and banned from holding public office.

13. If this notice by affidavit is not rebutted and my daughter is not returned to I by April 23rd 2021 5:00 p.m. ; Robin F. Fuson, Wesley Tibbals, Emmett L. Battles, Cindy Stuart, Ronald Ficarrota and all those named in this notice by affidavit admit to treason, robbery, trespass and kidnapping. **This is Due Notice by Affidavit that you may provide due care! If you believe that any of the claims in this Affidavit are untrue or that any of the Bills or Declarations of Rights do not exist, please rebut this Affidavit, point by point, under penalty of perjury, by Affidavit, sworn under Oath or Affirmation. Please respond within Three (3) business days( April 23rd 2021) if you believe that the points set forth in this affidavit are false, and give constitutional evidence of why I; the people, do not have these rights and powers. If you fail to respond as a man or woman, under the penalty of perjury, you agree, by acquiescence to all the claims made in this affidavit and a default order in a Court of inherent Jurisdiction will be enforced. ( see attached)**

Florida:

Article I. Declaration of Rights Section 1. Political power; All political power is inherent in the people. The enunciation herein of certain rights shall not be construed to deny or impair others retained by the people.

Verification

I hereby declare, certify and state, pursuant to the penalties of perjury under the laws of
the United States of America, and by the provisions of 28 USC § 1746 that all of the
above and foregoing representations are true and correct to the best of my
knowledge,information and belief.

Execute _____, Florida this _____ day of April in the Year of Our
          (City, County)
Lord Two Thousand and Twenty One .

_____
                Terrell Latrey Capers


Notary as JURAT CERTIFICATE

_Florida__State              }

_annalee__County             }


On this _20_ day of April , 2021 before me,

_Soni patel_____, a Notary Public, personally appeared
(Notary Public name)

_Terrell Latrey Capers_who proved to me on the basis of satisfactory evidence to

be the man whose name is subscribed to the within instrument and verified to

me that he executed the same in his authorized capacity, lawful father of Jevaeh Xavier,
and that by his autograph(s) on the instrument the man executed, the instrument.
I certify under PENALTY OF PERJURY under the lawful laws of Florida State and that

the foregoing paragraph is true and correct.WITNESS my hand and official seal.

Signature of Notary / Jurat _____.
seal

SONI PATEL
Notary Public - State of Florida
Commission # GG 951142
My Comm. Expires Jan 26, 2024
Bonded through National Notary Assn.

8

# Notice by Affidavit of Nefarious Acts through use of BAR members and Associations and Federal Program Fraud

Notice to:

Robin F. Fuson- 301 N. Michigan Ave., Room 2011
Plant City, Florida 33563
Courtroom #4

Wesley Tibbals - 800 E. Twiggs St., Room 428- Edgecomb Courthouse
Tampa, Florida 33602
Courtroom #410

Emmett L. Battles- 800 E. Twiggs St., Room 519 - Edgecomb
Tampa, Florida 33602
Courtroom #502

Cindy Stuart-
Ronald Ficarrota- 800 E. Twiggs St., Room 602
Tampa, Florida 33602
Courtroom #1

Angela Smith- 1800 E Twiggs St Room 605 Tampa, Florida 33602 United States
Ron DeSantis- 400 S Monroe St Tallahassee, Fl, 32399-6536 United States
Jeanette M Nunez- above
A Nilson- above
A Vazquez - above
Eric Johnson- 601 Kennedy Blvd FL 26 Tampa, Fl, 33602-4932 United States

All entities, public offices and private actors.

Terrell Latrey Capers
In care of: 6337 35th ave cir e
Palmetto, Fl
(239) 834-8864
Terrellcapers91@gmail.com

Exhibit B

## Notice by Affidavit of Nefarious Acts through use of BAR members and Associations and Federal Program Fraud

Comes now Affiant, _Terrell Lutrey Capers_ , one of the people, Sui Juris, in this court of record, making the following claims, so that all public officials and private actors may provide due care:

1. In the several states, the constitutions show that all political power is inherent in the people, yet, private courts are being used, with BAR attorney's present to take children, money and other property from the people without due process of law or a jury of peers. Please see the following various state Declaration or Bills of Rights.

2. As Judge Robin Fuson stated and Supreme Court of Florida upheld in *Capers vs. Xavier case#19-DR-013472, Thirteenth judicial circuit court in and for Hillsborough County, Florida,* that **No entity has standing in a paternity action.**which includes the **(DOR)** Department of Revenue nor their agencies or any agency, entity in any State nor is Title 42, The Public Health and Welfare, positive law yet the enforcement of this fraud against the people occurs daily in this and other States.

3. The State of Florida of Judiciary Courts address is 1800 E Twiggs St Room 605 Tampa, Florida 33602 United States and is doing business as Thirteenth Judicial Circuit; its key principal is Angela Smith. D-U-N-S number: **824774694.**

4. Circuit Court of the Thirteenth Judicial Circuit address is 401 N Jefferson St Tampa, FL, 33602-5003 United States. Circuit Court of the Thirteenth Judicial Circuit functions as independent. D-U-N-S number: **082841030.**

5. State of Florida address is 400 S Monroe St Tallahassee, FL, 32399-6536 United States. It's key principals are Ron DeSantis, JEANETTE M NUNEZ, A Nilson, A Vazquez. D-U-N-S number: **004078374.**

6. County of Hillsborough address is 601 Kennedy Blvd FL 26 Tampa, FL, 33602-4932 United States and is doing business as Management Svcs, Office of. It's key principal is Eric Johnson. D-U-N-S number: **093819776.**

7. These entities, employees and subsidiaries, contractors acting as public officials and private actors, are knowingly committing frauds upon the people while acting as constitutional functionaries of the judicial branch of the United States of America. They appear to be judicial and even put judicial in the business name, yet act in administrative capacities with the appearance of law and no authority over the people.

8. Judge Robin F. Fuson is in violation of the Administrative Procedure Act of 1946.

9. Judge Robin F. Fuson is aware that no entity has standing in a paternity action.

10. Jevaeh Xavier is my daughter; my seed, of my flesh and blood, a blessing to I from my Creator and no other man, woman, nor public official, public actor, corporate nor any entity shall nor will make any claims of jurisdiction, dominion, or any controlling faction over her, I, Our Family and is prohibited from doing so forevermore. If any does so in any manner, they/you are to compensate I for trespass in the sum of $1,000,000.00 due immediately.

11. I; man, have now given notice by affidavit to said entities and their principals of the wrong, damage, injury and harm caused by their subordinates and opportunity to cure by demanding that my daughter Jevaeh Xavier is returned to me immediately as she was seized unlawfully by the contractors and employees of said entities in the government sector. Circuit Court Judge Robin F. Fuson acted outside of his oath to support, protect, and defend the Constitution and Government of the United States and the State of Florida, when he issued an unlawful order to seize and detain my daughter from my private home, by way of force, instructing armed men to trespass on property without authority nor jurisdiction after being noticed.

12. Robin F. Fuson, upheld by Wesley Tibbals, placed my life, my daughter's life and my family's life in danger and has caused great harm and damage. My daughter has been missing since August 11th 2020 which has caused undue stress, loss of liberty, freedom, life, wages, happiness and most importantly time. I Order that Robin F. Fuson is removed from office and banned from holding public office.

13. If this notice by affidavit is not rebutted and my daughter is not returned to I by April 23rd 2021 5:00 p.m. ; Robin F. Fuson, Wesley Tibbals, Emmett L. Battles, Cindy Stuart, Ronald Ficarrota and all those named in this notice by affidavit admit to treason, robbery, trespass and kidnapping. **This is Due Notice by Affidavit that you may provide due care! If you believe that any of the claims in this Affidavit are untrue or that any of the Bills or Declarations of Rights do not exist, please rebut this Affidavit, point by point, under penalty of perjury, by Affidavit, sworn under Oath or Affirmation. Please respond within Three (3) business days( April 23rd 2021) if you believe that the points set forth in this affidavit are false, and give constitutional evidence of why I; the people, do not have these rights and powers. If you fail to respond as a man or woman, under the penalty of perjury, you agree, by acquiescence to all the claims made in this affidavit and a default order in a Court of inherent Jurisdiction will be enforced. ( see attached)**

Florida:

Article I. Declaration of Rights Section 1. Political power; All political power is inherent in the people. The enunciation herein of certain rights shall not be construed to deny or impair others retained by the people.

2

Article I. Declaration of Rights
Section 5. Right to assemble; The people shall have the right peaceably to assemble, to instruct their representatives, and to petition for redress of grievances.

Article I. Declaration of Rights
Section 8. Right to bear arms; The right of the people to keep and bear arms in defense of themselves and of the lawful authority of the state shall not be infringed, except that the manner of bearing arms may be regulated by law.

Article I. Declaration of Rights
Section 9. Due process; No person shall be deprived of life, liberty or property without due process of law, or be twice put in jeopardy for the same offense, or be compelled in any criminal matter to be a witness against oneself.

Article I. Declaration of Rights
Section 12. Searches and seizures; The right of the people to be secure in their persons, houses, papers and effects against unreasonable searches and seizures, and against the unreasonable interception of private communications by any means, shall not be violated. No warrant shall be issued except upon probable cause, supported by affidavit, particularly describing the place or places to be searched, the person or persons, thing or things to be seized, the communication to be intercepted, and the nature of evidence to be obtained. This right shall be construed in conformity with the 4th Amendment to the United States Constitution, as interpreted by the United States Supreme Court. Articles or information obtained in violation of this right shall not be admissible in evidence if such articles or information would be inadmissible under decisions of the United States Supreme Court construing the 4th Amendment to the United States Constitution.

Article I. Declaration of Rights
Section 13. Habeas corpus; The writ of habeas corpus shall be grantable of right, freely and without cost. It shall be returnable without delay, and shall never be suspended unless, in case of rebellion or invasion, suspension is essential to the public safety.

Article I. Declaration of Rights
Section 22.Trial by jury; The right of trial by jury shall be secure to all and remain inviolate. The qualifications and the number of jurors, not fewer than six, shall be fixed by law.

**As shown in the above state constitution and below state constitutions, the right to trial by jury is to remain inviolate, yet BAR members are sitting as constant**

3

witnesses to the bypassing of fundamental rights and liberty interest of people in tribunals that are in partnership with federal programs. These tribunals are claimed to be done by contract, but the people are without full disclosure, and not informed of their rights or the true intentions of these deceitful agreements. President Trump did, thankfully, address this issue in his recent executive order (Executive Order number 13930 June 24, 2020) strengthening CPS. He desired better attorneys, pre petition to make sure the voices of parents and children were heard. As one of "we the people," it is my wish for BAR members, who are not Constitutionally created offices of government, but private memberships, to no longer be able to instigate frauds against the people in these administrative tribunals that want to use the claimed power of the government, yet run outside of the required liberty interest, declared rights, and governmental requirements as set forth in the constitution.


Article II. General provisions
Section 9. English is the official language of Florida.—
(a)   English is the official language of the State of Florida.
(b)   The legislature shall have the power to enforce this section by appropriate legislation.

( English, not legalese).

**Other states:**

Virginia:

Article I. Bill of Rights
Section 2. People the source of power
That all power is vested in, and consequently derived from, the people, that magistrates are their trustees and servants, and at all times amenable to them.

Article I. Bill of Rights
Section 11. Due process of law; obligation of contracts; taking or damaging of private property; prohibited discrimination; jury trial in civil cases
That no person shall be deprived of his life, liberty, or property without due process of law; that the General Assembly shall not pass any law impairing the obligation of contracts; and that the right to be free from any governmental discrimination upon the basis of religious conviction, race, color, sex, or national origin shall not be abridged, except that the mere separation of the sexes shall not be considered discrimination.

4

That in controversies respecting property, and in suits between man and man, trial by jury is preferable to any other, and ought to be held sacred. The General Assembly may limit the number of jurors for civil cases in courts of record to not less than five.

Missouri:

Source of Political Power--Origin, Basis and Aim of Government

That all political power is vested in and derived from the people; that all government of right originates from the people, is founded upon their will only, and is instituted solely for the good of the whole

Text of Section 22(a):
Right of Trial by Jury--Qualification of Jurors--Two-Thirds Verdict

That the right of trial by jury as heretofore enjoyed shall remain inviolate; provided that a jury for the trial of criminal and civil cases in courts not of record may consist of less than twelve citizens as may be prescribed by law,...

Arizona:

Article 2. Declaration of Rights
2. Political power; purpose of government

Section 2. All political power is inherent in the people, and governments derive their just powers from the consent of the governed, and are established to protect and maintain individual rights.

23. Trial by jury; number of jurors specified by law

Section 23. The right of trial by jury shall remain inviolate. Juries in criminal cases in which a sentence of death or imprisonment for thirty years or more is authorized by law shall consist of twelve persons. In all criminal cases the unanimous consent of the jurors shall be necessary to render a verdict. In all other cases, the number of jurors, not less than six, and the number required to render a verdict, shall be specified by law.

**The People of all states have the power to self govern and the state statutes are not blanket laws that restrict the people. This claim is proven by the New Mexico Bill of Rights, which was accepted and agreed to by the United States, when accepting its constitution. If any public official receiving this Affidavit and Notice,**

believes this claim to be untrue, please rebut it and all claims made, point by point, sworn under the penalty of perjury, in the form of an affidavit. Please see the following excerpt from the New Mexico Bill of Rights:

New Mexico Bill of Rights:
Text of Section 3:
Right of Self-Government

The people of the state have the sole and exclusive right to govern themselves as a free, sovereign and independent state.

If the people have the right to self govern, the people are not bound by state statutes created by their servants and trustees, who are  in office to protect their rights! There has been a type of teaching, that has been put in place to make the people of a state, believe that they serve at the will of the legislature, but the common law, which is the law our country is based on, has nothing to do with legislative enactments and is distinguished from the law enacted by the legislature (please see blacks law 5th edition, Common Law pg. 144).

It is my wish for remedy to be given by the stolen property, children, and money to be returned.

One may be providing federal funds in order to care for children in care, or to encourage the states to not leave people, who need help, with nowhere to turn. The issue today is with the Federal programs being used to fund trafficking of children, theft of cash from mothers and fathers under child support schemes where attorneys limit interaction with children and alienate in order to be paid more funds in federal matching schemes (stealing from social security), as well as hospital covid fraud where they are paid to make more covid diagnosis and states are benefiting from closing states down. There is no right for the States to shut down the people and any federal program being involved with giving money to the states while the states attack the liberty of the people is nothing short of corruption and treason after the people have given notice of these wrongs. Please see the below constitutional provision of Arizona, as I, one of "we the people," am aware that the people have the power to stop our state personnel from being used in any federal action or program:

Arizona Declarations Rights:
3. Supreme law of the land; authority to exercise sovereign authority against federal action; use of government personnel and financial resources

Section 3. A. The Constitution of the United States is the supreme law of the land to which all government, state and federal, is subject.

B. To protect the people's freedom and to preserve the checks and balances of the United States Constitution, this state may exercise its sovereign authority to restrict the actions of its personnel and the use of its financial resources to purposes that are consistent with the constitution by doing any of the following:

1. Passing an initiative or referendum pursuant to article IV, part 1, section 1.

2. Passing a bill pursuant to article IV, part 2 and article V, section 7.

3. Pursuing any other available legal remedy.

C. If the people or their representatives exercise their authority pursuant to this section, this state and all political subdivisions of this state are prohibited from using any personnel or financial resources to enforce, administer or cooperate with the designated federal action or program.

In conclusion, a multitude of BAR members, who educate legislative body members, CPS, Child Support Enforcement and the police as well as the people, are not giving full disclosure of the State Constitutional protections of the liberty interest of the people. Many are not giving notice of the property rights, privacy rights and others guaranteed to not be infringed upon by the oath of office of any state official wanting to deal with the business of the people. Furthermore, a multitude of BAR members are constantly making new cases which bring forth a financial benefit to all parties taking part in cooperative agreements including neglect and abuse courts, attorneys, Guardian Ad Litems as seen in title 42 USC 674 Payment to states! This is Due Notice by Affidavit that you may provide due care! If you believe that any of the claims in this Affidavit is untrue or that any of the Bills or Declarations of Rights do not exist, please rebut this Affidavit, point by point, under penalty of perjury, by Affidavit, sworn under Oath or Affirmation. Please respond within Three (3) business days( April 23rd 2021) 5:00p.m.  if you believe that the points set forth in this affidavit are false, and give constitutional evidence of why the people do not have these rights and powers. If you fail to respond as a man or woman, under the penalty of perjury, you agree, by acquiescence to all the claims made in this affidavit and a default order in a Court of inherent jurisdiction will be enforced.

7

Verification

I hereby declare, certify and state, pursuant to the penalties of perjury under the laws of the United States of America, and by the provisions of 28 USC § 1746 that all of the above and foregoing representations are true and correct to the best of my knowledge,information and belief.

Execute _Bradenton, manatee_, Florida this _20th_ day of April in the Year of Our
(City, County)
Lord Two Thousand and Twenty One .

_____
Terrell Latrey Capers

Notary as JURAT CERTIFICATE

_Florida_ State                }

_manatee_ County                }

On this _20_ day of April , 2021 before me,

_Soni patel_____, a Notary Public, personally appeared
(Notary Public name)

_Terrell Latrey Capers_, who proved to me on the basis of satisfactory evidence to

be the man whose name is subscribed to the within instrument and verified to

me that he executed the same in his authorized capacity, lawful father of Jevaeh Xavier, and that by his autograph(s) on the instrument the man executed, the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of Florida State and that

the foregoing paragraph is true and correct.WITNESS my hand and official seal.

Signature of Notary / Jurat _____.
seal



SONI PATEL
Notary Public - State of Florida
Commission # GG 951142
My Comm. Expires Jan 26, 2024
Bonded through National Notary Assn.



8