1  Terrell Latrey Capers
   In care of 6337 35th ave cir e
2  Palmetto, Florida
   239-834-8864
3  Terrellcapers91@gmail.com

4  IN THIS COURT OF RECORD AT THE UNITED STATES FEDERAL DISTRICT COURT MIDDLE DISTRICT

5                                    OF FLORIDA

6  TERRELL LATREY CAPERS; **JUST A MAN**              Docket number: 8:21 CV 1241 SDM - JSS

7            Plaintiff/Affiant ,

8  vs.                                          CLAIM: FOR RESTORATION OF RIGHTS,
                                                LIBERTY AND PROPERTY.
9  STATE OF FLORIDA ET AL; ROBIN FERNANDEZ
   FUSON; **IN HIS INDIVIDUAL CAPACITY,**        **CAUSE OF ACTION:, NEGLIGENCE, TRESPASS,**
10 WESLEY TIBBALS; **IN HIS INDIVIDUAL**          **ROBBERY AND KIDNAPPING**
   **CAPACITY,** STEPHANIE NUNES XAVIER; **IN HER**
11 **INDIVIDUAL CAPACITY**                        **TRIAL BY JURY IS DEMANDED**
                                                **COURT OF RECORD IS INVOKED**
12           Defendant

13                              **Cover sheet**

14

15 **Basis of jurisdiction:**

16
17    1.) Federal court is a court of record.

18    2.) A court of record acts in accordance with the common law.

19    3.) Suits in common law, the right of trial by jury shall be preserved.

20    4.) Diversity is a basis of jurisdiction in this action.

21 **Citizenship of principle parties:**

22
23    1.) The plaintiff/Affiant is of a foreign nation.

24    2.) The defendants are United States citizens

25    3.) The State of Florida principle place of business is in this state.

26 **Nature of suit:**

27
28    1.) Common law tort claim

   PETITION FOR WRIT OF HABEAS CORPUS - 1

**Origin:**

    1.) Original proceeding

**Requested in claim:**

    1.) $1,000,000.00 ( one million dollars and zero cents in lawful tender).

    2.) Trial by jury is demanded and the right thereof is preserved.

**Related Cases:**

    1.) None.

Jurat of Terrell Latrey Capers:_____ | Date: _May, 27st, 2021_

PETITION FOR WRIT OF HABEAS CORPUS - 2