In this court of record at the United States District Court Middle District of Florida

**Terrell Latrey Capers; just a man**
     **Plaintiff/ affiant**　　　　　　　　　　Docket Number . **8:21cv1241SDM-JSS**

and

**State of Florida et al; Robin Fernandez Fuson; in his individual capacity**
**Wesley Tibbals; in his individual capacity, Stephanie Nunes Xavier; in her individual Capacity**
     **Defendant**

## NOTICE OF PENDING LAWSUIT AND DEFAULT ORDER TO RESTORE RIGHTS

Comes now Affiant, Capers, Terrell Latrey, one of the people, Sui Juris, De Jure, in this court of record, for Judicial review, making the following claims, so that all public officials and private actors may provide due care:

**DIRECTIONS TO THE CLERK:** the Clerk will close ALL open cases for TERRELL LATREY CAPERS permanently and notice all who wish to file suit against TERRELL LATREY CAPERS of permanent injunction barring any all claims within the administrative tribunals/ agencies of the State of Florida. The State of Florida has officially waived all presumed or assumed jurisdiction over TERRELL LATREY CAPERS and his family forevermore. Any and all suits received are to removed to the federal venue in a court of record. Any further action by any State of Florida agency; the officer initiating contact thereof; and agency itself is subject to pay TERRELL LATREY CAPERS and family $1,000,000.00 (One-Million dollars in lawful tender) due within Three business days (3) of initial contact(s).

**NOTICE TO AGENT(s):** these rights include the right to travel and travel in personal conveyance(Not required to register private property including vehicle used for traveling nor children ( non statutory) ), possession of child(ren) ( Non-Statutory), right to private property and privacy and all rights to the people listed in the Florida Constitution declaration of rights. These rights are property of I and will not be violated and are recognized in the Supreme Court of Florida case:SC21-469.

**NOTICE TO DEFENDANTS:** Jevaeh Xavier is to be restored to I, her lawful father, immediately or every day from today the defendants named in this notice are subject to pay I $10,000.00 ( Ten-Thousand dollars in lawful tender) for the deprivation of rights.

**NOTICE TO PRINCIPLE IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPLE**

1

Verification

I hereby declare, certify and affirm, pursuant to the penalties of perjury under the laws of the American nation that all the above and foregoing representations are true and correct to the best of my knowledge, information and belief.

Execute Sun City, Hillsborough, Florida, this 24th day of May in the Year of Our Lord Two Thousand and Twenty-One.

_____
Without the United States
(Terrell Latrey Capers)

Notary as JURAT CERTIFICATE

Florida [State] }

Hillsborough [County] }

On this 24th day of May, 2021 before me,

JON G. ZUGSCHWERDT, a Notary Public, personally appeared
(Notary Public name)

TERRELL LATREY CAPERS, who proved to me based on-satisfactory evidence to be the man whose name is subscribed to the within instrument and verified to me that he executed the same in his authorized capacity, one of the people, Sui Juris De jure, Lawful father of Jevaeh Xavier and by rightful claim of possession above all others in society and that by his autograph(s) on the instrument the man executed, the instrument and all claims and rights asserted or not by him stands as truth forevermore and Jevaeh Xavier is to be restored to him immediately. State and federal enforcement are to locate anyone in possession of Jevaeh Xavier, Seize and return her immediately, Without delay to her lawful father Terrell Latrey Capers.

I verify under PENALTY OF PERJURY under the lawful laws of Florida State that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

_____
Signature of Notary/Jurat

Seal G. ZUGSCHWERDT
Notary Public-State of Florida
Commission # HH 22751
My Commission Expires
October 05, 2024

2