Filing # 125781877 E-Filed 04/28/2021 03:11:32 PM

**[ IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
FAMILY-DIVISION]**

Terrell Latrey Capers on behalf of
J.X,
    Petitioner,　　　　　　　　　　　　　　　CASE NO.:20-DR-009074

and　　　　　　　　　　　　　　　　　　　　　DIVISION:

**STEPHANIE XAVIER,**
    Respondent

**Notice by Affidavit of non response: Demand for change of venue**

Comes now Affiant, _Terrell Latrey Capers_ one of the people, Sui Juris, De Jure, in this court of record, making the following claims, so that all public officials and private actors may provide due care:

This case is to be removed to United States District Court Middle District of Florida pursuant to 28 U.S. Code ss1446(a). This tribunal has failed to establish subject matter and personal jurisdiction over the parties and acted without consent nor authority over the petitioner and his family Those named in Notice by Affidavit sent on April 20th, 2021 are defendants and the petitioner seeks nonmonetary relief but reserves all rights and waives non, defendants are foreign states and instrumentality of a foreign state including this tribunal. The BAR association is a private organization and there's no legislative act nor congressional authority that created it nor gave attorneys, lawyers nor it's members thereof the authority to oversee a court of law.

1. **The State of Florida of Judiciary Courts dba: Thirteenth Judicial Circuit, Circuit Court of the Thirteenth Judicial Circuit, State of Florida, County of Hillsborough dba: Management Svcs, Office of** and those named individually; agents/contractors/employees/principals thereof have failed to respond to the claims asserted in **Notice by Affidavit of Nefarious Acts through use of BAR members and Associations and Federal Program Fraud,** sent via certified mail dated April 20th,2021.
2. Robin F. Fuson along with those specifically named in said Notice by Affidavit has agreed by acquiescence to all the claims made including the acts of Kidnapping, Treason, Robbery and Trespass.
3. This administrative tribunal continues to claim Jurisdiction over Jevaeh Xavier without authority and pursue Federal Program Fraud by allowing agencies to have standing in paternity actions willfully.
4. all contracts with this tribunal and State of Florida are hereby officially rescinded relieving Terrell Latrey Capers, Jevaeh Xavier and family from any and all judgements, orders or the like thereof and the possession of Jevaeh Xavier is hereby restored to Terrell latrey Capers; the lawful father.
5. The registered Birth Certificate of JEVAEH XAVIER and TERRELL LATREY CAPERS belonging to the State of Florida is hereby null and void as it was induced by way of fraud and deceit.
6. This does not invalidate the certificate of live birth, United states of America Nationality nor standing as the people.

## Verification

I hereby declare, certify and state, pursuant to the penalties of perjury under the laws of the United States of America, and by the provisions of 28 USC § 1746 that all of the above and foregoing representations are true and correct to the best of my knowledge, information and belief.

Execute __Bradenton, manatee__, Florida this __28th__ day of April in the Year of Our
(City, County)
Lord Two Thousand and Twenty One .

_____
Terrell Latrey Capers

## Notary as JURAT CERTIFICATE

__Florida__ State        }

__Manatee__ County       }

On this __28__ day of April , 2021 before me,

__Miki Patel__, a Notary Public, personally appeared
(Notary Public name)

__Terrall Latrey Capers__, who proved to me on the basis of satisfactory evidence to
(Affiant Name)
be the man whose name is subscribed to the within instrument and verified to me that he executed the same in his authorized capacity, the people, lawful father of Jevaeh Xavier, and that by his autograph(s) on the instrument the man executed, the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of Florida State and that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature of Notary / Jurat ____MJ Patel____.    seal



MIKI JAYESH PATEL
Notary Public - State of Florida
Commission # HH 097971
My Comm. Expires Feb 25, 2025
Bonded through National Notary Assn.

2

Filing # 125790767 E-Filed 04/28/2021 04:04:10 PM

[ IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
FAMILY-DIVISION]

Terrell Latrey Capers on behalf of
J.X,
    Petitioner,

CASE NO.:20-DR-009074

and

DIVISION:

STEPHANIE XAVIER,
    Respondent

### Notice by Affidavit of non-response: Demand for immediate recusal

Comes now Affiant, Terry Latrey Capers, one of the people, Sui Juris, De Jure, in this court of record, making the following claims, so that all public officials and private actors may provide due care:

I, demand for Circuit Court Judge Wesley D. Tibbals immediate recusal for cause:

1. Failure to establish subject matter jurisdiction and personal jurisdiction nor present delegation of authority to the parties.
2. all administrative orders from Wesley D. Tibbals are hereby null and void.
3. For Wesley D. Tibbals to sustain and remain on this case would be willful intent to defraud and obstruction of justice.

## Verification

I hereby declare, certify and state, pursuant to the penalties of perjury under the laws of the United States of America, and by the provisions of 28 USC § 1746 that all of the above and foregoing representations are true and correct to the best of my knowledge, information and belief.

Execute __Bradenton, manatee__, Florida this __28th__ day of April in the Year of Our
(City, County)
Lord Two Thousand and Twenty One .

_____
Terrell Latrey Capers

## Notary as JURAT CERTIFICATE

__Florida__ State        }

__Manatee__ County       }

On this __28__ day of April , 2021 before me,

__Miki Patel__, a Notary Public, personally appeared
(Notary Public name)

__Terrall Latrey Capers__, who proved to me on the basis of satisfactory evidence to
(Affiant Name)
be the man whose name is subscribed to the within instrument and verified to me that he executed the same in his authorized capacity, the people, lawful father of Jevaeh Xavier, and that by his autograph(s) on the instrument the man executed, the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of Florida State and that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature of Notary / Jurat  __MJ Patel__.   seal

MIKI JAYESH PATEL
Notary Public - State of Florida
Commission # HH 097371
My Comm. Expires Feb 25, 2025
Bonded through National Notary Assn.

2