In this court of record at the United States District Court Middle District of Florida

**Terrell Latrey Capers; just a man**
      **Plaintiff/ affiant**                      Docket Number . <u>8:21cv1241SDM-JSS</u>

**and**

**State of Florida et al; Robin Fernandez Fuson; in his individual capacity**
**Wesley Tibbals; in his individual capacity, Stephanie Nunes Xavier; in her individual**
**Capacity**
      **Defendant**

### <u>Affidavit of summary judgement demands</u>

Comes now Affiant, Capers , Terrell Latrey, one of the indigenous people of the Americas; Florida (Geographically) and the American Nation, Sui Juris, De Jure, in this court of record, for Judicial Notice by Affidavit in support of summary judgement demands , making the following demands, so that all public officials and private actors may provide due care take mandatory judicial notice that nothing in the Florida constitution in which the defendants swore an oath to uphold gives them any power over any people:

Affidavit of demands of summary judgement:
1.) **Permanent injunction for protection against the defendants for The Plaintiff and family.**
2.) **Immediate restoration of property.** *( See description of property attached in judicial notice by affidavit) including return of daughter Jevaeh Xavier. No information on if she is dead or alive and well*
3.) **$9,999,999.00** (Nine Million and Ninety-Nine Thousand dollars in lawful tender) **from the State of Florida to the Plaintiff for damages and restitution for unlawful possession, seizure, robbery by force and detainment of property for over 42 weeks** *(Forty Two)" or over 294 days"* **in which caused irreparable harm, loss of time, freedom, liberty, rights, indigenous cultural traditions of family, private life and the upbringing of generations.** ( Please see judicial notice by affidavit of indigenous peoples rights)

**Wherefore, not one defendant in this case can rebut the claims affirmed, as doing so would be perjury on its face and would waste the judicial resources of this court of record. Not one defendant named in this case nor on this planet can affirm a superior claim to property of higher precedence than that of I and if heard before a jury of my peers, based on the evidence presented, affirmed by the 3 witnesses signing this affidavit of demands, the jury mentioned would rule in the Plaintiff's favor. Therefore, it would be Maladministration and cause irreparable harm to I and family to deny the demands of this summary judgement.**

## Verification
I hereby declare, certify and affirm, pursuant to the penalties of perjury under the laws of the American nation that all the above and foregoing

representations are true and correct to the best of my knowledge, information and belief.

Execute _Hillsborough, Tampa_ , Florida , this _1_ day of ~~May~~ _June_ in the Year of
Our Lord Two Thousand and Twenty-One.

_____
Without the United States
(Terrell Latrey Capers)

Notary as JURAT CERTIFICATE

_Florida_ [State] }

_Hillsborough_ [County]        }

Witnesses affirmation to all claims:
Witness: _Terrell Latrey Capers_
Witness: _Tess Greene_
Witness: _Nedeshen genas-Angles_

On this _1_ day of ~~May~~ _June_, 2021 before me,

_Terrell Latrey Capers_, a Notary Public, personally appeared
~~(Notary Public name)~~
_Self declared_

_Terrell Latrey Capers_, who proved to me based on-satisfactory evidence to be the man whose name is subscribed to the within instrument and verified to me that he executed the same in his authorized capacity, one of the indigenous people of the Americas, Sui Juris De jure, Lawful father of Jevaeh Xavier and by rightful claim of possession above all others in society and that by his autograph(s) on the instrument the man executed, the instrument and all claims and rights asserted or not by him stands as truth forevermore and Jevaeh Xavier is to be restored to him immediately. State and federal enforcement are to locate anyone in possession of Jevaeh Xavier, Seize and return her immediately, Without delay to her lawful father Terrell Latrey Capers. All witnesses affirm to the validity of the claims made herein evidenced by their autograph(s). I verify under PENALTY OF PERJURY under the lawful laws of Florida State that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

_____
~~Signature of Notary~~/Jurat ~~of~~ _Terrell Latrey Capers_ ~~Seal~~

2