In this court of record at the United States District Court Middle District of Florida

Terrell Latrey Capers; just a man
    Plaintiff/ affiant

Docket Number . 8:21cv1241SDM-JSS

and

State of Florida et al; Robin Fernandez Fuson; in his individual capacity
Wesley Tibbals; in his individual capacity, Stephanie Nunes Xavier; in her individual Capacity
    Defendant

## Motion for Summary Judgement with Affidavit of summary judgement demands

Comes now Affiant, Capers, Terrell Latrey, one of the indigenous people of the Americas; Florida (Geographically), State, Sui Juris, De Jure, in this court of record, for Judicial Notice by Affidavit in support of summary judgement demands, making the following demands, so that all public officials and private actors may provide due care: take mandatory judicial notice that nothing in the Florida constitution in which the defendants swore an oath to uphold gives them any power over the people:

1.) The defendants have never had jurisdiction to seize, detain nor administer in any capacity over the plaintiff, his family nor his property
2.) The defendants lack a warrant and are in lack of an affidavit that would support a warrant by a man or woman therefore no right was afforded to them to, and continue, detainment, seize, deprive the plaintiff of his property and rights to his property.
3.) The defendants were given an ample amount of time to cure and right their wrongs. The defendants willfully acquiesced to the claims in the affidavit in the initial complaint and have defaulted and waived all rights to raise any further issue thereof the plaintiff is entitled to a Summary Judgement in his favor.

Affidavit of demands of summary judgement:
1.) Permanent injunction for protection against the defendants for The Plaintiff and family.
2.) Immediate restoration of property. ( See description of property attached in judicial notice by affidavit) including the immediate return of daughter Jevaeh Xavier to her lawful father whom is the Plaintiff. No information on if she is dead or alive and well
3.) $9,999,999.00 (Nine Million-Nine Hundred and Ninety-Nine Thousand dollars in lawful tender) from the State of Florida to the Plaintiff for damages and restitution for unlawful possession, seizure, robbery by force and detainment of property for over 42 weeks *(Forty Two)"* or over *294 days"* in which caused irreparable harm, loss of time, freedom, liberty, rights, indigenous cultural traditions of family, private life and the upbringing of generations. ( Please see judicial notice by affidavit of indigenous peoples rights)

**Wherefore, not one defendant in this case can rebut the claims affirmed, as doing so would be perjury on its face and would waste the judicial resources of this court of record. Not one defendant named in this case nor on this planet can affirm a superior claim to property of higher precedence than that of I and if heard before a jury of my peers, based on the evidence**

FLORIDA [State] }

HILLSBOROUGH [County] }

Witnesses affirmation to all claims:
Witness: _____
Witness: Mayoska Di Piarro
Witness: _____

On this 10TH day of ~~May~~ JUNE 2021 before me,

NIRAV PATEL , a Notary Public, personally appeared
(Notary Public name)

TERRELL CAPERS , who proved to me based on-satisfactory evidence to be the man whose name is subscribed to the within instrument and verified to me that he executed the same in his authorized capacity, one of the indigenous people of the Americas, Sui Juris De jure, Lawful father of Jevaeh Xavier and by rightful claim of possession above all others in society and that by his autograph(s) on the instrument the man executed, the instrument and all claims and rights asserted or not by him stands as truth forevermore and Jevaeh Xavier is to be restored to him immediately. State and federal enforcement are to locate anyone in possession of Jevaeh Xavier, Seize and return her immediately. Without delay to her lawful father Terrell Latrey Capers. All witnesses affirm to the validity of the claims made herein evidenced by their autograph(s). I verify under PENALTY OF PERJURY under the lawful laws of Florida State that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

_____
Signature of Notary/Jurat          Seal

NIRAV PATEL
Notary Public-State of Florida
Commission # GG 332821
My Commission Expires
August 27, 2023

3

presented, affirmed by the witnesses signing this affidavit of demands, the jury mentioned would rule in the Plaintiff's favor. Therefore, it would be Maladministration and cause irreparable harm to I and family to deny the demands of this summary judgement.

## Verification

I hereby declare, certify and affirm, pursuant to the penalties of perjury under the laws of the American nation that all the above and foregoing representations are true and correct to the best of my knowledge, information and belief.

Execute _Suncity, Hillsborough_ , Florida , this _10th_ day of June in the Year of
Our Lord Two Thousand and Twenty-One.

_____
Without the United States
(Terrell Latrey Capers)

Notary as JURAT CERTIFICATE

2