Return    Case: 8:21cv1241 SDM-JSS

# CERTIFICATE OF SERVICE

State  Florida            )

Date Affirmed  06/11/2021  )

County  Hillsborough      )

2021 JUN 21 PM 12:8    FILED

I, Madeska Nicole Garao Angeles, the undersigned mailer/server, being of sound mind and under no duress, do hereby certify, attest and affirm that the following facts are true and correct, to wit:

1. That, on the  June 11th  , 20 21 , on behalf of (Plaintiff) Terrell Latrex Capers just a man, the undersigned personally deposited the following documents (listed below) inside the envelope, sealed them and transmitted them via the carrier indicated in item 2 below, to wit:

| Item # | Document Description | Number of pages |
|---|---|---|
| 1 | [Complaint] -Verified Claim by Affidavit #8:21cv1241SDM-JSS | 3 |
| 2 | Motion for summary judgement with affidavit of summary judgement demands | 3 |
| 3 | Summons in a civil action for: Stephanie Nunes Xavier, State of Florida; Ronald Dion DeSantis, Robin Fernandez Fuson and Wesley Tibbals | 1 |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

Total of three (3) documents with combined total of  Seven  ( 7 ) pages.

2. That I personally mailed said document(s) via (initial those which apply):

_____United States Postal Office, by regular mail, postage prepaid
___X___United States Postal Office, by **Certified Mail** #  See Exhibit S
___, Return Receipt Requested
_JY_*_____United Parcel Service (UPS), tracking number # _____
_____Federal Express, tracking number # _____

1

_____Other (please specify):_____

at said City and State, one (1) complete set of **COPY OF ORIGINAL** documents, as described in item 1 above, properly enveloped and addressed to (addressee and address):

Stephanie Nunes Xavier-10244 Allenwood dr. Riverview, Fl 33569
State of Florida; Ronald Dion DeSantis as principle- 400 south Monroe St. Tallahassee, Fl 32399-6536
Robin Fernandez Fuson- 301 N. Michigan Ave Room 2011 Plant City, Fl 33563
Wesley Tibbals-800 E Twiggs st. Room 428 Tampa, Fl 33602 Courtroom 410

3. That I am at least 18 years of age;
4. That I am not related to _Turell Latrey cofus_ by blood, marriage, adoption, or employment, but serve as a "disinterested third party" (herein "Server"); and further,
5. That I am in no way connected to, or involved in or with, the person and/or matter at issue in this instant action.

I now affix my signature to these affirmations.

(Signature): _Nadeska Genao_
Mailer/Server
(Printed name): _NADESKA GENAO_

## NOTARY PUBLIC'S JURAT

BEFORE ME, the undersigned authority, a Notary Public, of the County _HILLSBOROUGH_ State _FLORIDA_, this _11th_ day of _JUNE_, 2021.

_NADESKA GENAO_ mailer/server did appear and was identified by Passport and who, upon first being duly sworn and/or affirmed, deposes and says that the foregoing asseveration is true to the best of his/her knowledge and belief.

WITNESS my hand and official seal.

/_____SEAL
Notary Public

My Commission Expires On: _10/05/2024_

JON G. ZUGSCHWERDT
Notary Public-State of Florida
Commission # HH 22751
My Commission Expires
October 05, 2024

2

 Gmail 

The Consultant <terrellcapers91@gmail.com>

## The Mail Box Store Receipt

**The Mail Box Store** <themailboxstore104@gmail.com>  Fri, Jun 11, 6:31 PM
To: <terrellcapers91@gmail.com>

**The Mail Box Store**
**3848 SunCity Cntr Blvd Ste104**
**Ruskin, FL 33573**
**813-634-6245**

---

| | |
|---|---|
| **Invoice#** | 148100 |
| **Clerk** | |
| **Date** | 06/11/2021 06:30 PM |
| **Account** | CASH<br>Genao Angeles, Nadeska |

---

| Description SKU# | Price | Qty | Ext. Price |
|---|---|---|---|
| Priority Mail<br>USPS-PRI | 8.99 | 1 | 8.99 |

Xavier, Nunes 8888888888

10241 Allenwood Dr
Riverview, FL 33569

USPS FlatR Env Pri
Tracking#: 9405511899560076034091
Package ID#: 0184898
Dimensions: 13in. X 1in. X 10in.
Scale Display: 0 lb 1.5 oz
Chargeable Weight: 1 lb

| Priority Mail<br>USPS-PRI | 8.99 | 1 | 8.99 |
|---|---|---|---|

State Of Florida - Ronald Dion DeSantis 888888

400 S Monroe St
Tallahassee, FL 32399

USPS FlatR Env Pri
Tracking#: 9405511899560076016820
Package ID#: 0184899
Dimensions: 13in. X 1in. X 10in.
Scale Display: 0 lb 3.0 oz
Chargeable Weight: 1 lb

| Priority Mail<br>USPS-PRI | 8.99 | 1 | 8.99 |
|---|---|---|---|

Fuson, Rob 8888888888

301 N Michigan Ave, Room 2011
Plant City, FL 33563
USPS FlatR Env Pri
Tracking#:
9405511899560076076398
Package ID#: 0184901
Dimensions: 13in. X 1in. X 10in.
Scale Display: 0 lb 3.0 oz
Chargeable Weight: 1 lb

| Priority Mail USPS-PRI | 8.99 | 1 | 8.99 |

Tibbals, Wesley 8888888888

800 E Twiggs St, Room 428
Tampa, FL 33602
USPS FlatR Env Pri
Tracking#:
9405511899560076092978
Package ID#: 0184902
Dimensions: 13in. X 1in. X 10in.
Scale Display: 0 lb 3.0 oz
Chargeable Weight: 1 lb

---

| | |
|---|---|
| Sub-Total: | $35.96 |
| Sale Tax: | $0.00 |
| Total: | $35.96 |

---

| | |
|---|---|
| CCard Charge: | $35.96 |

noswipe

I agree to pay the above amount according to the card user agreement.
(merchant agreement if credit voucher)

Unless stated otherwise above, parcels shipped have a declared insurance value of $100 or less if shipped FedEx or DHL, and $0 if shipped USPS.

The Mail Box Store is not responsible for items improperly packed by the customer. In the event of damage, please call the carrier immediately, then call the Mail Box Store. Save damaged items and the original packaging as proof.

In the event of loss or damage with items shipped USPS, the customer is responsible for dealing with the US Post Office directly.

The customer agrees to pay fees assessed by the carrier for redelivery or address/zipcode correction.

Remove ✕

# Tracking Number:
# 9405511899560076034091

Your item was delivered in or at the mailbox at 10:30 am on June 14, 2021 in RIVERVIEW, FL 33569.

## USPS Tracking Plus™ Available ⌄



✓ **Delivered, In/At Mailbox**

June 14, 2021 at 10:30 am
RIVERVIEW, FL 33569



## Tracking Number: 9405511899560076016820

Your item was picked up at a postal facility at 9:13 am on June 14, 2021 in TALLAHASSEE, FL 32399.

**USPS Tracking Plus™ Available** ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

June 14, 2021 at 9:13 am
TALLAHASSEE, FL 32399



Exhibit S

# Tracking Number:

# 9405511899560076076398

Your item was delivered to the front desk, reception area, or mail room at 1:24 pm on June 14, 2021 in PLANT CITY, FL 33563.

## USPS Tracking Plus™ Available ⌄

## ✓ Delivered, Front Desk/Reception/Mail Room


[Exhibit S]

June 14, 2021 at 1:24 pm
PLANT CITY, FL 33563

Remove X

**Tracking Number:**
9405511899560076092978

Your item was delivered in or at the mailbox at 11:11 am on June 14, 2021 in TAMPA, FL 33602.

USPS Tracking Plus™ Available ✓



Delivered, In/At Mailbox

June 14, 2021 at 11:11 am
TAMPA, FL 33602